United States District Court
Southern District of Texas
**ENTERED**
January 10, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LINDSEY DOUGLASS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-1195 |
| | § | |
| LEXINGTON INSURANCE COMPANY, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The joint stipulation of dismissal with prejudice (Dkt. 15) is GRANTED. It is therefore ORDERED that all claims and causes of action are DISMISSED with prejudice. Each party shall bear their own costs.

Signed at Houston, Texas on January 10, 2017.

_____
Gray H. Miller
United States District Judge